STATE OF MINNESOTA )
                               ) ss.
COUNTY OF HENNEPIN )

**SEALED BY ORDER OF THE COURT**
20-mj-505 (KMM)

AFFIDAVIT OF KRISTOFER JOHNSON

Special Agent Kristofer Johnson, being duly sworn, states the following:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since March 2015. In my capacity as an ATF Special Agent, my responsibilities include, but are not limited to, investigating firearms violations under Title 18 of the United States Code. During these investigations, I have utilized many investigative methods, including de-briefing cooperating sources, conducting surveillance, and serving search warrants. The facts and information contained in this Affidavit are based upon my personal knowledge of the investigation and observations of, and information obtained from, other law enforcement officers/agents involved in the investigation. All observations referenced below that were not made by me were related to me by the persons who made such observations. This Affidavit contains only information necessary to support probable cause for charge(s) alleged in the attached Complaint. It is not intended to include each and every fact and matter observed by me or known to those involved in the investigation.

## PROBABLE CAUSE

2. Your Affiant has learned from other law enforcement officers that Zachary Victor ROBINSON (YOB 1993) was wanted in connection with a Second-Degree Assault

in Hennepin County, Minnesota and an active arrest warrant was issued for ROBINSON's arrest.

3. On 12/31/19, in relation to the arrest warrant, Minneapolis Police Officers were conducting surveillance at a residence on Zane Ave North, Brooklyn Park, MN. After a short while, Officers observed ROBINSON exit the address with trash bags in his hand.

4. Officers approached ROBINSON to arrest him on the warrant, identified themselves as police officers, and ordered ROBINSON to put his hands in the air. ROBINSON complied and stated, "I've got a gun on my left side."

5. Officers searched ROBINSON incident to his arrest and recovered the firearm from ROBINSON's side and took him into custody. The firearm recovered was a Taurus, model PT111 Millennium G2, 9mm-caliber semiautomatic pistol, bearing serial number TKR09333. ATF SA Bryan Lervoog, a firearm nexus expert, informed Your Affiant that Taurus semiautomatic pistols are not manufactured in the State of Minnesota.

6. A review of ROBINSON's criminal history shows three prior felony convictions, each of which is punishable under the laws of the State of Minnesota by a term exceeding one-year imprisonment, namely, First-Degree Assault – Great Bodily Harm, convicted in April 2010 and sentenced to 86 months' imprisonment, Second-Degree Assault with a Dangerous Weapon (a firearm), convicted in April 2010 and sentenced to 36 months' imprisonment, and Felony Domestic Assault, convicted in January 2018 and sentenced to 24 months' imprisonment. All three felony convictions were in Hennepin County, Minnesota.

7.      Based on the foregoing, Your Affiant has probable cause to believe that Zachary Victor ROBINSON (YOB 1993), committed the offense of being a Felon in Possession of a Firearm, on or about December 31, 2019, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

8.      ROBINSON is not currently in custody and his whereabouts are currently unknown.

## REQUEST TO SEAL DOCUMENTS

9.      The current investigation is ongoing, and the relevant documents associated with the Complaint-warrant application discuss an ongoing criminal investigation that is neither public nor known to the potential target(s) of the investigation. There is reasonable cause to believe that disclosure of the contents of this Affidavit, the complaint, the arrest warrant, and any associated documents may cause the target(s) of the investigation to destroy or conceal evidence, change patterns of behavior, notify confederates, tamper with witnesses, flee the jurisdiction, or otherwise impede the ongoing investigation and thereby hinder the opportunity to pursue leads developing out of the current investigation which would seriously jeopardize the investigation and hinder successful prosecution of the target(s). Your Affiant, therefore, respectfully requests that the Court order that all

documents in support of this Complaint, including the Affidavit and warrant, be sealed until further order by the Court.

Respectfully submitted,

*[signature]*

KRISTOFER JOHNSON
Special Agent – Bureau of Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED and SWORN to Before Me,
by reliable electronic means (FaceTime and
email), pursuant to Fed. R. Crim. P. 41(d)(3), on

This __9__ day of __July__, 2020,

*[signature]*

KATHERINE M. MENENDEZ
UNITED STATES MAGISTRATE JUDGE